IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  10-cv-01943-AP

CAROL MCCAFFREY,

       Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>Kevin.traskos@usdoj.gov<br><br>THOMAS KRAUS,<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, CO 80202<br>303-844-0017<br>tom.kraus@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint was filed:**   August 16, 2010

    B. **Date Complaint was served on U.S. Attorney's office:**  August 25, 2010.

    C. **Date Answer and Administrative Record were filed:**  October 25, 2010.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

    The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

    There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

    There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

    A.   **Plaintiff's Opening Brief due:**        December 31, 2010

    B.   **Defendant's Response Brief due:**    January 31, 2011

    C.   **Plaintiff's Reply Brief (if any) due:**   February 15, 2011

The parties request that the Court approve this schedule even though it is outside the time frame in the Court's Minute Order. Both parties' attorneys have numerous other briefs due in the same time frame and need the additional time provided in this schedule in order to adequately prepare the briefs.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's statement**:

    Plaintiff does not request oral argument.

    B.    **Defendant's statement**

    Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    **A.    (  ) All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

    **B.    ( X ) All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

    DATED this 16th day of November, 2010.

BY THE COURT

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s *Ann J. Atkinson*                   *s/Thomas Kraus*

Ann J. Atkinson, Attorney at Law       By: Thomas Kraus, Esq.
7960 South Ireland Way                 Special Assistant U.S. Attorney
Aurora, CO 80016-1904                  1001 17th Street
Tele: 303-680-1881                     Denver, CO 80202
Fax: 303-680-7891                      Tele: 303-844-0015
Email: AtkinsonAJ@aol.com              Fax: 303-844-0770
                                       Email: tom.kraus@ssa.gov